### 12918.   UNDERWOOD *v.* FREY.

HILL, J. No error of law appears to have been made, and the verdict is amply supported by the evidence. Indeed the verdict seems to have been demanded by the evidence.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED MARCH 20, 1922.

Complaint; from Cobb superior court — Judge Blair. August 20, 1921.

*Campbell Wallace, J. H. Hawkins,* for plaintiff in error.

*H. B. Moss, Mozley & Gann,* contra.